**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00244-CV

———————————

## PROPHET RONALD DWAYNE WHITFIELD, Appellant

## V.

## BIG STAR HONDA, Appellee

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-08974

## MEMORANDUM OPINION

Appellant, Prophet Ronald Dwayne Whitfield, proceeding *pro se*, has neither

paid the required filing fee nor established indigence for purposes of appellate costs.

*See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208,

51.941(a), 101.041(1) (West Supp. 2015), § 101.0411 (West Supp. 2015); Order,

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Court's Order and Notice of Intent to Dismiss for Want of Prosecution, issued on April 26, 2016, that this appeal was subject to dismissal for failure to pay the required fees, appellant did not adequately respond. *See id.* 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.